# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____

<span>(To be supplied by the court)</span>

Stella Dawn Mendoza  C.S.M.
Manuel Angel RiverA , Plaintiff,  A.R.M.

v. Donald John Trump ,

Melania Trump ,

Ivanka Trump ,

Eric Trump ,

Donald Trump Jr. ,

Ivana Trump .

Tiff

Jared Kushner , Defendant(s).

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**OCT -3 2017**

JEFFREY P. COLWELL
CLERK

(List each named defendant on a separate line.)

And more Defendant(s) Attached.

All Defendant(s) All Detained.

**COMPLAINT**

(Rev. 07/06)

* Mesa County District Attorney.
* Mesa County Clerk to the Board.
* Mesa County Animal Control.
* Mesa County Road & Bridge Divison
* Colorado Legal Services.
* Mesa County Criminal Justice.
* Colorado State Library and Adults Education
* Colorado Virtual Library.
* ACLU
* The Denver Broncos. NFL Team.
* The Denver Nuggets Basket Ball Team
* The Colorado _____ - Baseball Team
* The Colorado Avalanche - Hockey Team.
* The Colorado Rockies - Soccer Team
* Leah Avila Legal Assistance (Assvst)
  Office of Legal Services
* Elisha Holmes.
* Priscilla Hopkins Principal of DPS.
* John Elway.
* CC: La Dawn Baity, Instructional/Superintedan
* Micheal Eaton, Chief Department of Safety
* Clifford Paine, Sergean Department of Safety.
* Theresa Becker, Director of family (Constituenay,

* US Health & Human Services.
* US Federal Govenment Funding Programs*
   Catalog of Federal Domestic.
* All Locations of MCHD.
* Carolyn Barr.
* Denver Health Ems Edcation.
* Social Security Adminstrations.
* United States Sentencing Commission
* Beth Hinote
* Mattew A. Howe - 845 Mariposa St.
   Denver Colorado 80204.
* Allied Universal.
* Denver Probation
* Ashley Maughn.
* All Extra Space Storage Corporate Headquarter
* HSS Security.
* Denver Health Paramedics Divison.
* Andera Eddy - Honable Judge
* Teri Cuera.
* Yasmin Maurcio.
* Honable Judge Clarrise Gonzales.
* Addy Demasse 7/06/1993.

* The Mesa County Coroner's Office.
* Mesa County : Heather Benjamin
* Honorable Valerie J Robinson.
* Justice William W. Hood.
* Colorado Supreme Court
* All US. Supreme Courts
* All US. District Courts.
* All US. Federal Courts.
* Cynthia Coffman.
* Kelly Arnesta.
* (D.O.C) @ Buena Vista Colorado )
  (Lt Greg Smethers. )
* United States Congress House.
* United States Senate.
* United States House of Representatives.
* United States House of Representatives.
* All US. Republican Party.
* Republican Nation Committee.
* Republican Nation Committee.
* All United States of America
  Department of Corrections.
* Micheal F. Bennet (D) Colorado.
* Cory Gardner (R) Colorado.
* Mesa County Assessor Grand Junction
  Police Department.
* Mesa County Central Services
* Mesa County Probation Office

* Jefferson County Division of Children, Youth & families.

Court Case # (s):
DO30 2016 JV000 860.

* Christina Mitts.

* Laura Locke.

* Warren Edson.

* Melanie Jordan

* Stacey Nickolaus.

* Elisha Holmes.

* American Civil Libertie Union.

* Catholic Immigration Services.

* Colorado Bar Associations. Webs e.

* Colorado Legal Services.
(formerly Legal Aid Society).
Denver, Fort Collins.
Colorado Spring.

* The Legal Center
(physically. challenged only)

* Law Line 9 @ 303) 698-8000

* Metropolitan Lawyer. Referral Service.

* Denver Police Department.
* Denver Health and Medical Centers.
* HSS (Security)
* Travelers Inn
  4765 Federal Blvd.
  Denver Colorado
* Van Cise - Simonet Detention Center
* Denver Human Services.
* Psychiatry and Behavioral Sciences at Children's Hospital (Anne Penner)
* Colorado State Capital.
* US Social Security Administration.
* Ralph L. Carr Colorado Judicial Center
* State Court Administrator
* US Bankruptcy Court
* Bruce Campbell (Honorable)
* Tenth Circuit Court of Appeals.
* El Paso County Combine Court
* Colorado Supreme Court
* U.S. Court Services.

* All Locations of Mental Health Center.
  All Employees All terminated. As well a prisoner(s)

* Carolyn Barr - worked at MCHD.

* Carl Clark M.D. President and CEO.

* Dave Genova - CEO @ RTD.

* Forrest M. Carson PHD - Vice President and CEO

* Roy Romer.

* Bill Owens.

* John Hickenlooper.

* Restaurant Depot.
  1740 W 13th Ave.
  Denver Colorado 80204.

* Godsman Elementary School.
* Harris Park Elementary School.
* The Early Childhood Center.
* Gregory Hill in Westminster.
* All United States City, State, Federal. Attorney's.
* All United States. City, State, Federal. Judge's
* Denver Public Schools
* Adams County Public School 50
* Denver County Jail.
* Lakewood Police Department.
* United States Marshals Services.
* Colorado Divison of Homeland Security And Emergency Managment
* Wheatridge Police Department.
* Lindsey-Flanigan Courthouse.
* Denver County Court Building.
* Adams County Human Services..
* Denver Health Paramedics. Divison.
* Denver County Sheriff's Department.

✳ The Office Of Justice Programs (OJP)
All National Closed Detained

✳ And the Office of Community Oriented
Policing Services (COPS)
All National Closed, Detained.

* Jeffery P. Colwell
* Judge Lewis T Babcock.
* Judge Gordan P. Gallagher.
* Maria De Jesus. Mendoza-Torres
  AKA Claudia Martinez - 1025 S Irving.
  Denver Colorado
  802
* Raymundo Zamora Reza.
* Araceli Reyes Reza
* Cristina De la Ponce Dmv of Colorado
* San Juanita Valles Lopez.
* Luz Reyes.
* Elizabeth Rivera.
* Silva Rivera.

* SANJUANA Lara.

A.R.M. 3 C.S.M.

**PARTIES**

Stella Dawn Mendoza

1. Plaintiff __Manuel Angel Rivera 108938#__ is a citizen of __The US of America__

who presently resides at the following address:

__P.O. Box 40681 Denver, Colorado 80204__

2. Defendant __Donald John Trump__ is a citizen of __The U.S. of America__

who live(s) at or is/are located at the following address:

__1600 Pennsylvania Ave NW, Washington, DC 20500__

3. Defendant _____ is a citizen of _____

who live(s) at or is/are located at the following address:

_____

(Attach a separate page, if necessary, to list additional parties.)

**JURISDICTION**

4. Jurisdiction is asserted pursuant to following statutory authorities:

Sanctions Pursuant, The Crime Act, Treason, Misprision of treason, Piracy And the high seas, Interence w/diplomatic immunity, Exclusive federal Jurisdiction.

5. Briefly state the background of your case:

As of September 14, 2016, I have No protection Against corruption of blood, Dissection, Law of Nations, Laceny, of Perjury, Counterfeiting. All US. Courts have violated subornation All US. Gov Employee have committed Act or behavior that gravely violates the sentiment or accepted standard of the Community. Crimes Against Persons to Stella Dawn Mendoza, Crimes Against Property Intergrity of the Judicial Process. Crimes Against

**FIRST CLAIM FOR RELIEF**
**AND SUPPORTING FACTUAL ALLEGATIONS**
(Please number your paragraphs and attach any necessary additional pages.)

Plaintiffs: A.R.M & C.S.M.
Manuel Angel Rivera @ 108933 #
Stella Dawn Mendoza.

If the Court determines. that Rule 11 (b) As been violated, the Court MAY impose An Appropriate Sanction upon the Party Responsible for the Violation (11-c) A.R.m, C.S.m Are Subject to. Sanctions. under Rule 11. Serve general (1) Deterring future litigation Abuse (2) Punishing Present litigants Abuse, (3) Compensating victims of litigation Abuse And (4) Streaming. the Court docket AND. MAnAgement of the CASE.

(Rev. 07/06)                                3

## SECOND CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

As All US. Government Employees
Have been AWARE or been in Violate
founded by the US. federal Government
Interfering with US. federal Gov.
Acts of A disordely conduct violations.
Rioting.

**THIRD CLAIM FOR RELIEF**
**AND SUPPORTING FACTUAL ALLEGATIONS**
(Please number your paragraphs and attach any necessary additional pages.)

September 14, 2016 @ The People of the State of Colorado, employees of the U.S. federal Government. Identified by the United States Government violent serious. Crimes Considered. more impactful to public safety

(Rev. 07/06)

5

Asking / Requesting : The Property of 845 Mari-
posa Street. Denver Colorado 80204 .w/ Attached
Of the title Property deed all transfed to Stella Dawn Mendoza

**REQUEST FOR RELIEF**

Plaintiff requests the following relief: As of September 29, 2014

I AM Requesting to / and for the Impeachment
As well ASAP to detaining As The 45th President
of the United State of America Federal Government
Employee. As well A.S.AP to detaining the Administrati
of Donald Trump. I AM Also requesting of A
Office Reinstatement employees Barack Hussein
Obama and Joseph Biden A.S.A.P of Impeachment
And Arrest John Trump Adminstrations (As
                                    * All 15 US. Department Closed
                                                        Detained

Date: Sept 29, 2014.          Stella Dawn Mendoza.
                              _____
                              (Plaintiff's Original Signature)

The below office employee    D.O.Box 40651.
   do not detain.            _____
                             (Street Address)
      thank you.            Denver. Colorado 80204.
* Roman                     _____
                             (City, State, ZIP)
* David                     (720) 999-6682.
* Cullen.                   _____
                             (Telephone Number)
* Richard.
* Rachel.        * And Request of Sibling / Son
* Sharnell        Manuel Angel Rivera to be
* Andrea Garcia.  Released from the crime And
(Rev. 07/06)       encing of December 22
              6   2010 Sentencing in mesa.
                  County, Colorado
                  with A crime of no
                  evidence / no detemination
                  D.O.C. 108933.



I hereby certify that a copy of the foregoing pleading/document was mailed to

Donald J Trump. (defendant(s) or counsel for defendant(s))

at _____ (address) on Sept 29, 2017.

1600 Pennsylvania Ave

Stella Dawn Mendoza

Plaintiff's Original Signature

When you have completed the complaint and all of the necessary forms as described in these instructions, the completed complaint and forms should be mailed or hand delivered to the Clerk of the United States District Court whose name and address are:

Jeffrey P. Colwell, Clerk
Alfred A. Arraj United States Courthouse
901 19th Street, Room A105
Denver, CO   80294-3589

If you have any questions or seek additional information, please contact the office of the Clerk of the Court at 303/844-3433.   The court's business hours are from 8:00 a.m. to 5:00 p.m., Monday through Friday.

(Rev. 8/24/15)                                            4