# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02390-LTB

STELLA DAWN MENDOZA,
MANUEL ANGEL RIVERA,
C.S.M., and
A.R.M.,

    Plaintiffs,

v.

DONALD JOHN TRUMP, *et al.*,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on October 6, 2017, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 6 day of October, 2017.

                                FOR THE COURT,

                                JEFFREY P. COLWELL, Clerk

                                By: s/ A. Garcia Garcia
                                Deputy Clerk